IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-325 ECT/JFD |
| | ) | Date: December 6, 2023 |
| Edgar Daniel Huitzil (3), | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6A |
| Defendant, | ) | Time Commenced: 1:42 p.m. |
| | | Time Concluded: 1:47 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Brad Endicott, Assistant U.S. Attorney
Defendant: Shannon Elkins, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 11/22/2023    Offense: Conspiracy to distribute methamphetamine; distribution of methamphetamine.

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is December 11, 2023 at 2:30 p.m. before U.S. Magistrate Judge John F. Docherty in CR 6A (STP) for:
  X Detention hrg    X Arraignment

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                       _s/Ashley Nelson_____
                                                                     Signature of Courtroom Deputy