AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
DEC 13 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.

Edgar Daniel Huitzil

*Defendant*

Case No. CR 22-325(3) ECT/JFD

2022 NOV 30 AM 7:40
RECEIVED
U.S. MARSHAL
ST. PAUL, MN

## SECOND AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Edgar Daniel Huitzil,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Conspiracy to Distribute Methamphetamine, 21:841(a)(1) and 846; Count 3 - Distribution of Methamphetamine, 21:841(a)(1) and 841(b)(1)(C).

Date: 11/29/2022

*Kate M. Fogarty* (signature)
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 12/5/2023
ARRESTED BY DGA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
DEC 13 2023
U.S. DISTRICT COURT MPLS